UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLA KAZOVSKY,<br><br>  Plaintiff,<br><br>vs.<br><br>METROCITIES MORTGAGE, LLC DBA NO RED TAPE MORTGAGE; CITIMORTGAGE, INC.; U.S. BANCORP, D/B/A U.S. BANK, N.A., AS TRUSTEE FOR CITIMORTGAGE ALTERNATIVE LOAN TRUST, SERIES 2006-A4; QUALITY LOAN SERVICES, CORP.; PENNYMAC LOAN SERVICES, LLC; and Does 1-1000, inclusive,<br><br>  Defendants. | CASE NO. CV11-06079-ODW (FMOx)<br><br>Judge: Hon. Otis D. Wright II<br><br>**AMENDED ORDER FOR JUDGMENT OF DISMISSAL AS TO DEFENDANT CITIMORTGAGE, INC.**<br><br>Action Filed:  June 10, 2011<br>                        (Removed 07/22/2011)<br>Trial Date:      None Set |

On March 27, 2012, this Court granted Defendant CITIMORTGAGE, INC.'S ("CitiMortgage") Motion to Dismiss Plaintiff ALLA KAZOVSKY'S ("Plaintiff" or "Kazovsky") Second Amended Complaint ("SAC") in its entirety as to CitiMortgage, without leave to amend, [See Doc. No. 74].

Accordingly, the Court ORDERS as follows:

---

1

AMENDED [PROPOSED] ORDER FOR JUDGMENT OF DISMISSAL AS TO DEFENDANT CITIMORTGAGE, INC.

1  Judgment is entered in favor of CitiMortgage and against Plaintiff on
2  Plaintiff's Second Amended Complaint;
3  CitiMortgage is hereby dismissed from this action.
4  CitiMortgage is entitled to costs incurred in an amount to be determined by
5  the Court.

7  IT IS SO ORDERED.

9  DATED:  April 5, 2012

_____
HON. OTIS D. WRIGHT II

2
AMENDED [PROPOSED] ORDER FOR JUDGMENT OF DISMISSAL AS TO DEFENDANT CITIMORTGAGE, INC.