# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALLA KAZOVSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROCITIES MORTGAGE, LLC DBA NO RED TAPE MORTGAGE; CITIMORTGAGE, INC., US BANKCORP, D/B/A U.S. BANK, N.A., AS TRUSTEE FOR CITIMORTGAGE ALTERNATIVE LOAN TRUST, SERIES 2006-A4, QUALITY LOAN SERVICES, CORP.; PENNYMAC LOAN SERVICES, LLC; and Does 1-1000, inclusive,<br><br>Defendants. | Case No. 2:11-CV-6079-ODW-FMO<br><br>**[PROPOSED] ORDER FOR JUDGMENT OF DISMISSAL OF DEFENDANTS PENNYMAC LOAN SERVICES, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**<br><br>Compl. Filed: June 10, 2011<br>Amended Compl. Filed: August 31, 2011<br>Second Amended Compl. Filed: February 6, 2012<br><br>Trial Date: None set<br><br>Honorable Otis D. Wright II |

---

1

[PROPOSED] ORDER FOR JUDGMENT OF DISMISSAL AS TO DEFENDANTS PENNYMAC LOAN SERVICES, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

On March 27, 2012, this Court granted Defendants PennyMac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc.'s (collectively "Defendants") Motion To Dismiss Plaintiff Alla Kazovsky's ("Plaintiff") Second Amended Complaint in its entirety as to Defendants, without leave to amend, [See Doc. No. 74].

Accordingly, the Court **ORDERS** as follows:

Judgment is entered in favor of Defendants PennyMac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. on Plaintiff's Second Amended Complaint;

Defendants PennyMac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. are hereby dismissed from this action with prejudice.

Defendants PennyMac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. are entitled to costs incurred in an amount to be determined by the Court.

**IT IS SO ORDERED.**

DATED: 4-9-12

_____
Honorable Otis D. Wright II

US_ACTIVE-109102446.1